UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Cause No.  1:19-cr-0347-JRS-MG |
| ) | |
| JOSE MANUEL IRIZARRY-RIVERA, ) | - 01 |
| ) | |
| Defendant. ) | |

**REPORT AND RECOMMENDATION**

On July 19, and 30, 2024, the Court held hearings on the Petition for Warrant or Summons for Offender Under Supervision filed on April 9, 2024, and the Supplemental Petition for Warrant or Summons for Offender Under Supervision filed on July 26, 2024.  Defendant Irizarry-Rivera appeared in person and by FCD counsel Dominic Martin.  The government appeared by Samantha Spiro, Assistant United States Attorney.  U. S. Parole and Probation appeared by Officers Ariene Boren and Angela Smith.

The Court conducted the following procedures in accordance with Fed. R. Crim. P. 32.1(a)(1) and 18 U.S.C. § 3583:

1.	The Court advised Defendant Irizarry-Rivera of his rights and ensured he had copies of the Petition and the Supplemental Petition.  A preliminary hearing was held on the Petition.  [Dkt. 56.]  Defendant Irizarry-Rivera orally waived his right to a preliminary hearing on the Supplemental Petition.

2. After being placed under oath, Defendant Irizarry-Rivera admitted Violation No. 2 as set forth in the Supplemental Petition. [Dkt. 63.] Government orally moved to withdraw the remaining violation, which motion was granted by the Court; Violation No. 1 was dismissed.

3. The allegation to which Defendant admitted, as fully set forth in the Supplemental Petition, is:

| Violation Number | Nature of Noncompliance |
|---|---|
| 2 | **"You shall answer truthfully the inquiries by the probation officer, subject to your 5th Amendment privilege."**<br><br>In June, 2023, Jose Irizarry-Rivera was untruthful about the reasons of his employment termination from the Kamic Corporation in Columbus, Indiana. |

4. The Court finds that:

   (a) The highest grade of violation is a Grade C violation.

   (b) Defendant's criminal history category is III.

   (c) The range of imprisonment applicable upon revocation of supervised release, therefore, is 5 to 11 months' imprisonment.

5. The parties jointly recommended a sentence of time served through the date of the Judgment, with 12 months of supervised release to follow.

6. The parties agreed that Defendant has been in continuous State and Federal custody since April 7, 2024, with regard to the matter set forth in the Petition.

The Magistrate Judge, having considered the factors set forth in 18 U.S.C. § 3553(a), and as more fully set forth on the record, finds that the Defendant violated the conditions set forth in Violation No. 2 of the Supplemental Petition, and recommends that Defendant's supervised release be revoked, and that Defendant be sentenced to time served through the date of the

Court's Judgment, with 12 months of supervised release to follow. In addition to the mandatory conditions of supervision, the following conditions of supervised release will be imposed:

1. You shall report to the probation office in the federal judicial district to which you are released within 72 hours of release from the custody of the Bureau of Prisons.

2. You shall report to the probation officer in a manner and frequency directed by the court or probation officer.

3. You shall permit a probation officer to visit you at a reasonable time at home or another place where the officer may legitimately enter by right or consent, and shall permit confiscation of any contraband observed in plain view of the probation officer.

4. You shall not knowingly leave the federal judicial district where you are being supervised without the permission of the supervising court/probation officer.

5. You shall answer truthfully the inquiries by the probation officer, subject to your 5th Amendment privilege.

6. You shall not meet, communicate, or otherwise interact with a person you know to be engaged, or planning to be engaged, in criminal activity. You shall report any contact with persons you know to be convicted felons to your probation officer within 72 hours of the contact.

7. You shall reside at a location approved by the probation officer and shall notify the probation officer at least 72 hours prior to any planned change in place or circumstances of residence or employment (including, but not limited to, changes in who lives there, job positions, job responsibilities). When prior notification is not possible, you shall notify the probation officer within 72 hours of the change.

8. You shall not own, possess, or have access to a firearm, ammunition, destructive device or dangerous weapon.

9. You shall notify the probation officer within 72 hours of being arrested, charged, or questioned by a law enforcement officer.

10. You shall maintain lawful full time employment, unless excused by the probation officer for schooling, vocational training, or other reasons that prevent lawful employment.

11. You shall make a good faith effort to follow instructions of the probation officer necessary to ensure compliance with the conditions of supervision.

    Justification 1-11: These are administrative conditions.

12. You shall not use or possess any controlled substances prohibited by applicable state or federal law, unless authorized to do so by a valid prescription from a licensed medical

    practitioner. You shall follow the prescription instructions regarding frequency and dosage.

13. You shall submit to substance abuse testing to determine if you have used a prohibited substance or to determine compliance with substance abuse treatment. Testing may include no more than 8 drug tests per month. You shall not attempt to obstruct or tamper with the testing methods.

    Justification 12-13: These conditions will permit the supervising officer to address the offender's history of illegal substance abuse and to ensure their sobriety in the community.

14. You shall provide the probation officer access to any requested financial information and shall authorize the release of that information to the U.S. Attorney's Office for use in connection with the collection of any outstanding fines and/or restitution.

    Justification 14: This condition will permit the supervising officer to assess the offender's financial situation to see if he is using criminal enterprises for financial gain.

15. You shall submit to the search by the probation officer of your person, vehicle, office/business, residence, and property, including any computer systems and hardware or software systems, electronic devices, telephones, and Internet-enabled devices, including the data contained in any such items, whenever the probation officer has a reasonable suspicion that a violation of a condition of supervision or other unlawful conduct may have occurred or be underway involving you and that the area(s) to be searched may contain evidence of such violation or conduct.  Other law enforcement may assist as necessary. You shall submit to the seizure of contraband found by the probation officer. You shall warn other occupants these locations may be subject to searches.

    Justification 15: A search condition will assist in holding the offender accountable to live a law-abiding life, as well as serve as a protective measure for the community.

16. You shall reside at a residential reentry center for a term of up to 180 days. You shall abide by the rules and regulations of the facility.

17. You shall have no contact, directly or indirectly, with Melanie Hardman or her children, without prior approval of the probation officer.

Defendant reviewed the foregoing conditions and they were reviewed by defendant with his attorney.  Defendant, on the record, waived reading of condition nos. 1 through 15 as set forth in Revocation Parameters Worksheet [Dkt. 51-3].  Condition nos. 16 and 17 were read to Defendant on the record.

Defendant is to remain in custody pending approval of the Report and Recommendation. Upon approval and entry of Judgment, the U.S. Marshal shall transport Defendant Irizarry-Rivera to the courthouse in Indianapolis, Indiana prior to his release from custody.

The parties are hereby notified that the District Judge may reconsider any matter assigned to a Magistrate Judge. The parties, on the record, waived the fourteen-day period to object to the Report and Recommendation.

Dated: 30 JUL 2024

Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system